UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JON PIKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:11-cv-01304-MJD-WTL |
| NICK'S ENGLISH HUT, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

Having considered the Class Action Settlement Agreement and all other materials properly before the Court and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that (1) notice of the settlement was provided to the class members as ordered by the Court; (2) no member of the class has raised any objections to the settlement; (3) that the Settlement Agreement was entered into by the parties in good faith and as the result of arms length negotiations between the parties; (4) that all terms of the settlement have been set forth in the documents submitted to the Court; and (5) that the proposed settlement is a fair, reasonable, and adequate resolution of the claims of the class. Therefore, the Court finds that the Settlement Agreement should be approved. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Settlement Agreement. Class Counsel shall disseminate class relief to Participating Claimants, and otherwise effectuate the Settlement, consistent with the terms of the Settlement Agreement.

DATED: 04/21/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.